

**FILED**
5/14/2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
~~CENTRAL~~ Northern DISTRICT OF ILLINOIS, Eastern Division

RECEIVED

FEB 2 7 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

|  |  |
|---|---|
| Demetrius Pouncy JR | ) |
| **Plaintiff** | ) |
|  | ) |
| **vs.** | ) Case No. _____ |
|  | ) |
| Detective John Doe | ) |
| Detective D Bryant | ) |
| Chicago Police Department | ) |
|  | ) |
| **Defendant(s)** | ) |

15c 1840
Judge Robert M. Dow, Jr
Magistrate Judge Sidney I. Schenkier
PC 7

## COMPLAINT

☑ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other

_____

___

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, Demetrius Pouncy JR, and states as follows:

My current address is: Pontiac Correctional Center 700 W. Lincoln Street, P.O. Box 99 Pontiac, IL 61764

The defendant John Doe, is employed as A Detective for The Chicago Police Department at 111th Ellis Chicago IL

The defendant D Bryant, is employed as A Detective for The Chicago Police Department at 111th Ellis Chicago IL

The defendant _Chicago Police Department_, is employed as _Chicago Police Department_
_____ at _Chicago IL_

The defendant _____, is employed as _____
_____ at _____

(revised 9/96)

The defendant _____, is employed as _____
_____ at _____

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?          Yes     ☐     No  ☒

If yes, please describe

_____

_____

_____

B.  Have you brought any other lawsuits in state or federal court while incarcerated?

Yes     ☐     No  ☒

C.  If your answer to B is yes, how many? _____ Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1.  Parties to previous lawsuit:

Plaintiff(s) _____

Defendant(s) _____

_____

2.  Court (if federal court, give name of district; if state court, give name of county)

3. Docket Number/Judge

_____

4. Basic claim made

_____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it          still pending?)

_____

6. Approximate date of filing of lawsuit_____

7. Approximate date of disposition

_____

For additional cases, provide the above information in the same format on a separate page.


## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☐     No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☐
No ☑ If your answer is no, explain why not

Because it happen At The CHicAgo Police

Station in CHicAgo And Not in Cook County Jail or in I.D.O.C

C. Is the grievance process completed?   Yes ☐     No ☐

   *PLEASE NOTE:  THE PRISON LITIGATION REFORM ACT BARS ANY*

# STATEMENT OF CLAIM

Place of the occurrence _111th Ellis Chicago IL_  _Chicago Police Department_

Date of the occurrence _Aug 27th 2013_

Witnesses to the occurrence _Officer John doe Badge # 1873  John Doe #1820 Both could say I was Fine._
State here briefly the FACTS that support your case. Describe how EACH defendant is involved. _When They Took me in_
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. _Plus 5 young man in_
Unrelated claims should be raised in a separate civil action.   _Line up with me_

### THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

On the 26th of Aug 2013 I was Took into custody by Officer John Doe#1873 And John

Doe star #1820 who can testify I was in good condition They Took my finger prints And

Mugshot but didn't charge me with Any case On Aug 27th 2013 At Approx 2:30 PM or 3:00 PM I

was picked up from 71st cottage Grove by Detective "O Bryant" who was The Lead Detective

on my case once in his custody I was Taken To 111th Ellis station There I was placed

in A line-up where I was pick out with 4 or 5 young man All Name John doe But They can All

Testify That After I was picked out of line-up A Detective came took pictures of me Then

Detective John Doe entered The Room and said he wanted us To be in his line-up I asked

him did it have anything To do with my case he said No I said I don't want To be

In no more line-up and would like To go back To my cell cause this aint got nothing

To do with me he reply back by saying he don't give a Fuck why I'm here so I

said I don't give no fuck why he here he then Told me To go stand in The corner

which was under A camera And put my hands behind my back Then he walk up and placed my

right arm in A cuff Then he placed my left forearm into the other cuff Then he grabbed

Me by The back of my Neck And Then Rammed my head and Face into The

Wall once or twice I cant remember it happen so fast until my left eye was Busted open All this was done by defendent Detective John Doe who called me a stupid something I started to cry out for a doctor while Blood ran down my face he then rush me down the Hall into Another room he pushed me in and Lock door so I Laid handcuffed bleeding for help I was dizzy and couldn't see moments later Detective O Bryant came in Acting like he didn't know what took place I told him what happen he said To watch my mouth I then told him I need a doctor he say they was on the way I Ask him what was Detective John Doe Name he close door and he never Answered me so Ambulance take me from 111th station to Roseland hospital where they gave me a few pain pills no X-ray and six stitches over my left eye I signed a few papers After seeing the doctor they took me back straight to 71st station instead of 111th station so I couldn't get his name Detective O Bryant who failed to do his Job and protect me know is name so I took two different photo's before my injuries two officers can testify along with 3 more John doe from the line up then on the morning of Aug 28 2013 I went to get my Bond the Judge sent a Investigator from the public Defender office who took pictures of my Injuries with my bloody clothes on 26th California & got stitches on my booking ID my # was 2013082815? my stitches was also removed in Cook county Cermak 8th Amendment Violation of Constitution for C.P.D Officials were responsible for the unnecessary and wanton Infliction of pain force used wasn't necessary part of C.P.D discipline Excessive force by C.P.D Official Constitutes cruel and unusal punishment not Applied by good faith effort to maintain or restore discipline But instead it was used to malidious and sadistically cause harm is Also Assault and Battery

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

Excessive force, Punitive Damage's, Lack of professionalism, staff Misconduct, Compensatory Damage's, Injuries and pain's suffering 350,000 for all of The Damage's and Injunction And 5,000 for of my medical bills or Whatever it cost And so that The 111th Ellis police station be place under Investigation for present and prior Excessive force claims

**JURY DEMAND**     Yes ☑     No ☐

Signed this ____1____ day of ____FEB____,
2015 .

*( Signature of Plaintiff)*

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Demetrius Pouncy Jr | R 22229 |
| Address: Pontiac Correctional Center 700 W. Lincoln Street, P.O. Box 99 Pontiac, IL 61764 | Telephone Number: |