**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DEMETRIUS POUNCY, JR., ) | |
| ) | |
| Plaintiff, ) | Case No: 15-cv-1840 |
| v. ) | |
| ) | Judge Robert M. Dow, Jr. |
| CITY OF CHICAGO, DETECTIVE TIMOTHY ) | |
| J. O'BRIEN, Star # 20143, and Patrick Ford, ) | |
| Star No. 21029, ) | |
| ) | |
| Defendants. ) | **JURY DEMANDED** |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

NOW COMES the Plaintiff, DEMETRIUS POUNCY, JR., by and through his attorney, Mary J. Grieb of the Shiller Preyar Law Offices, and respectfully requests that this Court enter judgment against the Defendants in accordance with the terms of Defendants' Rule 68 Offer of Judgment, and in support thereof, states as follows:

1. On June 7, 2016, Plaintiff received Defendants' Rule 68 Offer of Judgment.

2. On June 7, 2016, Plaintiff filed his Notice of Acceptance of Defendants' Rule 68 Offer of Judgment. Dkt. 62.

3. Pursuant to the terms of the accepted Offer of Judgment, Plaintiff now respectfully asks that this Court enter judgment in favor of Plaintiff Demetrius Pouncy, Jr., and against Defendants Patrick Ford, Timothy O'Brien, and the City of Chicago, in the amount of $15,001.00 plus reasonable attorney's fees and costs accrued as of June 7, 2016, in an amount to be determined by the Court.

4. On June 7, 2016, as a courtesy, Plaintiff sent a copy of the proposed order to Defendants' counsel via email, but has not received any response.

5. Plaintiff has attached a proposed judgment order as Exhibit A, and is submitting same to this Court's proposed order inbox via email.

1

**WHEREFORE**, Plaintiff respectfully requests that this Court enter judgment in favor of Plaintiff Demetrius Pouncy, Jr., and against Defendants Patrick Ford, Timothy O'Brien, and the City of Chicago, in the amount of $15,001.00 plus reasonable attorney's fees and costs accrued as of June 7, 2016, in an amount to be determined by the Court.


Respectfully submitted,

s/ Mary J. Grieb
Mary J. Grieb
Attorney for Plaintiff
Shiller Preyar Law Offices
601 S. California Ave.
Chicago, IL 60612
(312) 226-4590

**CERTIFICATE OF SERVICE**

I, Mary J. Grieb, hereby certify that a copy of the foregoing was filed electronically using the Court's CM/ECF system to the attorneys of record.

Respectfully submitted,

s/ Mary J. Grieb
Mary J. Grieb
Attorney for Plaintiff
Shiller Preyar Law Offices
601 S. California Ave.
Chicago, IL 60612
(312) 226-4590