**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEMETRIUS POUNCY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 15-cv-1840 |
| v. | ) | |
| | ) | Judge Robert M. Dow, Jr. |
| CITY OF CHICAGO, et al. | ) | |
| | ) | |
| Defendants. | ) | **JURY DEMANDED** |

## JUDGMENT

Pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of Plaintiff Demetrius Pouncy, Jr., and against Defendants Patrick Ford, Timothy O'Brien, and the City of Chicago, in the amount of $15,001.00 plus reasonable attorney's fees and costs accrued as of June 7, 2016, in an amount to be determined by the Court.

_____
ROBERT M. DOW, JR.
DISTRICT JUDGE
UNITED STATES DISTRICT COURT

DATE: 6/15/2016

1