# Invoice

From:
Kimberly Garrett
2339 E 207th Street
Lynwood, IL. 60411
708 207-6499

 PAID

#2835
6/23

To:
Shiller & Preyar Law Office
1100 W. Cermak
Chicago, IL. 60608
312 226-4590

Invoice #23
Invoice Date 06/22/15
Due Date 06/23/15

| Description | Unit Price | Quantity | Amount |
|---|---|---|---|
| Subpoena | $25.00 | 2 | $50.00 |

Invoice Notes
Subpoenas- Demetrius Pouncy Jr. Case

SHILLER PREYAR LAW OFFICES
2755 W HARRISON ST
CHICAGO, IL 60612
(312) 226-4590

2835

70-2390-719

DATE 6/23/15

PAY TO THE ORDER OF Kimberly Gallett          $200.00

Two hundred 9 00/100                          DOLLARS

FIFTH THIRD BANK

FOR Inv. #20, 21, 22 of 23.

VOID AFTER 90 DAYS

⑈002835⑈ ⑆071923909⑆ 7237590695⑈