

| Exhibit 5 | | Invoice |
|---|---|---|

635 North Dearborn Street  
Suite 901  
Chicago, IL 60654  
Phone: (312) 945-7784    Fax:

| Invoice Date | Invoice # |
|---|---|
| Monday, May 16, 2016 | 816zus |

Monica Gonzalez  
Shiller Preyar Law Offices  
601 South California Avenue  
Chicago, IL 60612



Phone: (312) 226-4590    Fax: (773) 346-1221

| Witness: | Timothy O'Brien |
| Case: | Demetrius Pouncy, Jr. v. City of Chicago et al. |
| Venue: | Northern District of Illinois- Eastern Division |
| Case #: | 1:2015cv01840 |
| Date: | 5/9/2016 |
| Start Time: | 1:00 PM |
| End Time: | 3:19 PM |
| Reporter: | Marlene Casillas |
| Claim #: | |
| File #: | |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 1:09 | 3:19 | 123 |

413zus

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| ANW | Notary Public Hourly Attendance- No Transcript | $70.00 | 2.5 | $175.00 |
| B | Adobe PDF Exhibit Number Bookmarks | $1.00 | 1 | $1.00 |
| E | Online Exihibits | $0.45 | 31 | $13.95 |
| | | | Sub Total | $189.95 |
| | | | Payments | $0.00 |
| | | | Balance Due | $189.95 |

Fed. I.D. # 45-5331855

*We appreciate your business!*

**SHILLER PREYAR LAW OFFICES, P.C.**
OPERATING ACCOUNT
601 S CALIFORNIA AVE
CHICAGO, IL 60612

 Lakeside Bank
www.LakesideBank.com
2-150/710

1237

5/16/2016

PAY TO THE ORDER OF: Exhibit 5    $ **189.95

One Hundred Eighty-Nine and 95/100************************************************************************ DOLLARS

Exhibit 5
635 N. Dearborn St. Suite 901
Chicago, IL 60654

AUTHORIZED SIGNATURE

MEMO  Pouncy, Demetrius: Invoice

⑆001237⑆ ⑈071001504⑈ 50000564 07⑆

---

**SHILLER PREYAR LAW OFFICES, P.C.**                                           1237

Exhibit 5                                             5/16/2016

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 5/16/2016 | Bill | 816zus | 189.95 | 189.95 | | 189.95 |
| | | | | | Check Amount | 189.95 |

SPLO Ops-Lakeside (   Pouncy, Demetrius: Invoice                                189.95