# MG REPORTING

3614 S. WESLEY
BERWYN, IL  60402
mgreporting@yahoo.com
(708) 484-4560 Phone   (708) 484-4057 Fax

---

June 7, 2016

Ms. Mary J. Grieb
SHILLER*PREYAR LAW OFFICES
601 S. California Avenue
Chicago, IL 60612
(312) 226-4590

| | |
|---|---|
| | **Invoice Number** |
| | **7913** |

**Re:** DEMETRIUS POUNCY, JR., vs CITY OF CHGO, et al.,
Case No. 15 CV 1840
Deponent:  Patrick Ford

| Description of Services | Pgs/Qty | Rate | Extension |
|---|---:|---:|---:|
| VIDEO DEP APP  (2hr min)   Taken on 05/05/16 | 3.00 | 70.00 | 210.00 |
| Video Dep Transcript/ Orig | 115.00 | 4.45 | 511.75 |
| E-Trans Fee | 1.00 | 20.00 | 20.00 |
| **Invoice total:** | | | **$741.75** |

Please make check payable to MG Reporting within 30 days.

Thank you.